**Dennis L. BROMEN, Respondent,**

**v.**

**WHITE MOTORS, INC. and The Hartford Insurance Group, Relators,**

**and**

**MN Dept. of Jobs & Training/UI, MN Dept. of Human Services, intervenors, Respondents.**

**No. C2–89–1999.**

Supreme Court of Minnesota.

Feb. 20, 1990.

Ronald Drewski, P.A., Sauk Rapids, for Dennis L. Bromen.

Jardine, Logan & O'Brien, David J. Hoekstra, St. Paul, for White Motors, Inc. and The Hartford Insurance Group.

Roger A. Bevis, MN Dept. of Jobs & Training, St. Paul, for MN Dept. of Jobs & Training/UI.

James Alexander, MN Dept. of Human Services, St. Paul, for MN Dept. of Human Services.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals, filed October 9, 1989, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.